TFH
MAJ: USAO 2026R00400

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** 26-cr-00356-LKG |
| | * | |
| **SHAKEEM COBURN,** | * | **(Bank Fraud; 18 U.S.C. § 1344;** |
| | * | **Aiding and Abetting, 18 U.S.C. § 2;** |
| | * | **Forfeiture, 18 U.S.C. §§ 981(a)(1)(C),** |
| **Defendant** | * | **18 U.S.C. § 982(a)(2) and (b)(1),** |
| | * | **21 U.S.C. § 853(p), 28 U.S.C. § 2461(c))** |
| | * | |
| | * | **UNDER SEAL** |
| | * | |
| | ******* | |

USDC- GREENBELT
'26 OCT 8 PM4:26

**INDICTMENT**

**COUNTS ONE THROUGH THREE**
**(Bank Fraud)**

The Grand Jury for the District of Maryland charges that:

1. At all times relevant to this indictment, Bank 1 and Bank 2 were "financial institutions," as that term is defined in Title 18, United States Code, Section 20.

2. On or about the dates listed below, in the District of Maryland and elsewhere, the defendant,

**SHAKEEM COBURN,**

as specified below, knowingly executed, and attempted to execute, a scheme and artifice to defraud the financial institutions listed below, and to obtain any of the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of the financial institutions, by means of false and fraudulent pretenses, representations, and promises, to wit:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | August 26, 2025 | **COBURN** deposited an altered version of Check #3001, in the amount of approximately $59,000, at a Bank 1 branch in Kensington, Maryland |
| 2 | September 16, 2025 | **COBURN** deposited an altered version of Check #3043, in the amount of approximately $96,200, at a Bank 2 branch in Silver Spring, Maryland |
| 3 | November 25, 2025 | **COBURN** deposited an altered version of Check #4046, in the amount of approximately $97,650, at a Bank 1 branch in Chevy Chase, Maryland |

18 U.S.C. § 1344
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981, 18 U.S.C. § 982, and 21 U.S.C. § 853(p) in the event of the defendant's conviction on any of the offenses alleged in Counts One through Three of this Indictment.

### Bank Fraud Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Three, the defendant,

**SHAKEEM COBURN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as the result of the scheme to defraud, including, but not limited to, a money judgment representing the proceeds obtained from participation in the scheme to defraud.

### Substitute Assets

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited, with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

18 U.S.C. § 981
18 U.S.C. § 982
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /mj

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

10/8/26
Date