AO 442 (Rev. 11/11) Arrest Warrant

MAJ/ma 2026R00400

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

SHAKEEM COBURN

*Defendant*

Case No. 26-cr-00356-LKG

USDC-GREENBELT om
'26 OCT 20 PM12:23

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SHAKEEM COBURN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud, 18 U.S.C. § 1344

Date: 10/8/2026; 4:01pm

[signature]
*Issuing officer's signature*

City and state: Greenbelt, Maryland

Honorable Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/9/2026, and the person was arrested on *(date)* 10/14/2026
at *(city and state)* UPPER MARLBORO, MD.

Date: 10/14/2026

[signature]
*Arresting officer's signature*

POSTAL INSPECTOR RYAN BETHKE
*Printed name and title*