**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-356** |
| | * | |
| **SHAKEEM COBURN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorneys, hereby submits this consent motion for an order excluding time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and in support thereof submits the following

1. On October 8, 2026, a federal grand jury returned an indictment charging the Defendant with three counts of bank fraud in violation of 18 U.S.C. § 1344. ECF No. 1.

2. On October 18, 2026, Defendant's initial appearance and arraignment on the complaint was held before Chief U.S. Magistrate Judge Timothy J. Sullivan, who ordered Defendant to be detained pending trial. ECF No. 11.

3. In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a Defendant charged in an information or indictment shall commence within 70 days from the filing date of the information or indictment, or from the date the Defendant appeared before a judicial officer, whichever date last occurs. However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

4. The Government and counsel for the Defendant agree that it is in their mutual interests to toll the speedy trial clock under 18 U.S.C. § 3161(h)(7). The Government anticipates promptly producing voluminous discovery in this case, which includes financial and electronic records. The requested exclusion of time would allow counsel for the Defendant to review discovery, draft potential motions, and for the parties to discuss a possible pre-trial resolution of this case. As such, trial within 70 days would deny the Government and counsel for the Defendant the reasonable time necessary for effective preparation.

5. For the foregoing reasons, the ends of justice will be served by excluding the time from **October 21, 2026, through and including November 4, 2026**, in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, the Government respectfully requests that the Court issue an order excluding the time from **October 21, 2026, through and including November 4, 2026**, in computing the time within which trial must commence under the Speedy Trial Act. A proposed Order is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Michael Jaskiw
Special Assistant United States Attorney