**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-356** |
| | * | |
| **SHAKEEM COBURN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**ORDER**

Upon consideration of the Government's Motion to Exclude Time Under the Speedy Trial Act and Continue the Pretrial Motions Deadline, and based on the facts and arguments provided in the Motion, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of the requested continuance and exclusion for the time period identified in the Motion outweigh the interests of the public and the Defendant in a speedy trial because the additional time is needed to allow the Government to produce discovery, the Defendant to properly review discovery, for the Defendant to prepare and file any necessary pretrial motions, and for the parties to engage in plea discussions.

Accordingly, it is hereby ORDERED that:

1. The Government's Motion to Exclude Time Under the Speedy Trial Act is GRANTED; and

2. The time period from and including **October 21, 2026, through and including November 4, 2026**, is excluded in computing the time within which trial in this matter must commence under the Speedy Trial Act.

Date

Honorable Lydia Kay Griggsby
United States District Judge